Hunkele, Appellant, *v.* Grant Bldg., Inc.

Argued April 28, 1931.

Before TREXLER, P., J., KELLER, LINN, GAWTHROP, CUNNINGHAM, BALDRIGE and DREW, JJ.

*Arthur B. Van Buskirk*, and with him *George S. Goldstein* and *Reed, Smith, Shaw & McClay*, for appellant.

*E. B. Strassburger*, and with him *McKenna & McKenna*, for appellees.

OPINION BY KELLER, J., July 8, 1931:

The same issues, and only the same, are involved in this appeal as were passed upon in American Coat, Apron and Towel Supply Company against the same

defendants to No. 140, April Term, 1921, and the same disposition is made of it.

The assignments of error are overruled. The decree is affirmed at the costs of the appellant.